445 A.2d 100

**COMMONWEALTH of Pennsylvania,**

v.

**Jesus ORTIZ, Appellant.**

Supreme Court of Pennsylvania.

Argued April 16, 1982.

Decided May 19, 1982.

Alexander Hemphill, Philadelphia (Court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Eric Beller, Asst. Dist. Attys., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

### ORDER

PER CURIAM.

Judgment of sentence affirmed.